UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL JONES, on behalf of himself and all others similarly situated, </br></br>    Plaintiff,</br></br>vs.</br></br>THE LUBRIZOL CORPORATION,</br></br>    Defendant. | CASE NO. 1:18-cv-00011</br></br>JUDGE CHRISTOPHER A. BOYKO</br></br></br>**ORDER** |

NOW, this  10th  day of  December , 2018, IT IS HEREBY ORDERED that the Parties Joint Stipulation to Conditional Certification and Notice is approved and the Parties shall proceed as follows:

1) The following collective action is conditionally certified pursuant to Section 16(b) of the FLSA:  All current and former manufacturing employees of The Lubrizol Corporation, excluding union members, as well as individuals employed by third-party staffing agencies, who worked at locations within the United States between January 2, 2015 and the present;

2) Plaintiff shall issue the proposed notice attached as Exhibit 1 to the individuals appearing on the Class List provided by Defendant via First-Class Mail and Email on January 7, 2019.  Plaintiff will not issue notice to individuals appearing on the Class List who have been union members at all times between January 2, 2015 and the present.

3) The opt-in period will close as to the potential opt-in plaintiffs on February 7, 2019; and

4) Defendant is not waiving any rights or defenses by virtue of this Stipulation. Defendant expressly preserves all rights and defenses, including, but not limited to, seeking to

decertify the conditional collective action, objecting to the proposed final collective action certification, and objecting to the proposed collective action as not meeting the requirements of Federal Rule of Civil Procedure 23 and section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and/or any other legal and/or factual basis..

                                                             s/ Christopher A. Boyko
                                                           JUDGE CHRISTOPHER A. BOYKO