UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL JONES, ET AL.,** | ) | CASE NO. 1:18-cv-00011 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **THE LUBRIZOL CORPORATION,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

Pursuant to this Court's December 10, 2018 Order, the opt-in period has expired. The Parties shall submit a Status Report to the Court by May 13, 2019. The Parties shall provide their availability for a Settlement Conference to be held on any of the following dates: June 19, June 20, June 21 or June 26.

**IT IS SO ORDERED.**

                                             s/ Christopher A. Boyko
                                             **CHRISTOPHER A. BOYKO**
                                             **United States District Judge**

**Dated: May 6, 2019**